

Barry C. Scheck, Esq.
Peter J. Neufeld, Esq.
Directors

Maddy deLone, Esq.
Executive Director

Innocence Project
40 Worth Street, Suite 701
New York, NY 10013
Tel 212.364.5340
Fax 212.364.5341
www.innocenceproject.org

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR 15 2015

CHRISTOPHER A. PRINE
CLERK

April 9, 2015

*Via Regular Mail/USPS Tracking*

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

> Re:     *State of Texas vs. Kenneth Sherman*
>         *Case No's.: 01-96-01502-CR and 01-96-01503-CR*

Dear Mr. Prine:

The Innocence Project is currently reviewing the case of Kenneth Sherman. Mr. Sherman was convicted of aggravated robbery and aggravated sexual assault on December 5, 1996 before Honorable Jim Wallace, 263rd District Court, Harris County, Case No's 731520 and 731519.

We are currently seeking copies of appellate briefs and trial transcripts on both of these cases. We would greatly appreciate it if you would be so kind as to check your files for any record of this case. Enclosed with this letter is a copy of our case evaluation authorization form which allows us to acquire documents on the defendant's behalf for evaluation purposes.

I have also enclosed a check for $50.00 in payment of your retrieval fee ($25.00 per case).

Please feel free to call, write, or e-mail me if you have any questions or concerns. Also, please let me know the total fee involved for processing this request and obtaining the documents. Thank you for your time.

Sincerely,

Elena Aviles
Document Manager
(212) 364-5351
eaviles@innocenceproject.org

Enclosure

Benjamin N. Cardozo School of Law, Yeshiva University



Barry C. Scheck, Esq.
Peter J. Neufeld, Esq.
Directors

Maddy deLone, Esq.
Executive Director

Innocence Project
100 Fifth Avenue, 3rd Floor
New York, NY 10011
Tel 212.364.5340
Fax 212.364.5341

www.innocenceproject.org

OCT 2 9 2007

## INNOCENCE PROJECT
## CASE EVALUATION AUTHORIZATION FORM

This document authorizes and directs any persons or government agencies including, but not limited to, police, prosecution, sheriff, probation, and parole officers and officials, to release to the Innocence Project and any attorney, staff member, student, or volunteer working under its purview, any and all documents and other materials in their possession pertaining to me or my case.

This document authorizes and directs attorneys who have previously represented me or from whom I have sought legal advice and their agents, to release to the Innocence Project and any attorney, staff member, student, or volunteer working under its purview, any documents pertaining to me or my case and to disclose to the Innocence Project any confidential information or privileged communications

This document authorizes any attorney, staff member, student, or volunteer working with the Innocence Project to communicate with any persons or government agencies having information relevant to the evaluation of my case, including, but not limited to, attorneys who have previously represented me or from whom I have sought legal advice, as well as police, prosecution, sheriff, corrections, probation, and parole officers and officials. This document further authorizes the Innocence Project to examine, receive, and/or photocopy any and all documents pertaining to me or my case that are in the possession of such persons or agencies.

This document authorizes any attorney, staff member, student, or volunteer working with the Innocence Project to communicate with any persons or organizations, including, but not limited to, members of the Innocence Network regarding the evaluation, progress, and/or status of my request for legal assistance.

In all other respects, my interactions with the Innocence Project will remain privileged and confidential.

This document serves as authorization for the Innocence Project's evaluation purposes only. I understand that the Innocence Project does not represent me.

DATED: Oct-23-2007
(Month/Day/Year)

SIGNATURE: Kenneth Sherman #775004

YOUR NAME: Kenneth Sherman #775004
(Please print name)

ADDRESS: Connally Unit
899 FM 632
KENEDY, Texas 78119

Elena Aviles, Document Manager
40 Worth Street, Suite 701, New York, NY 10013

INNOCENCE PROJECT

Label 400 Jan. 2013
7690-16-000-7948

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9011 5981 8982 5151 11

Benjamin N. Cardozo School of Law, Yeshiva University

NEW YORK
NY 100
10 APR '15
PM 4 L

neopost
04/09/2015
US POSTAGE  $00.48

FIRST-CLASS MAIL

ZIP 10013
041L11246813

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 15 2015

CHRISTOPHER A. PRINE
CLERK

7700220689